NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DASHTI SANAT LOGISTICS AND GENERAL CONTRACTING,**
*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent*

---

2025-1899

---

Appeal from the ARMY Acquisition Logistics and Technology in No. RFEADA784GH3.

---

Before LOURIE, PROST, and CHEN, *Circuit Judges.*

PER CURIAM.

### O R D E R

Petitioner, which appears to have a pending matter before the Armed Services Board of Contract Appeals, filed a petition for review from a letter from the Acting Enterprise Head of the Contracting Activity for the Department of the Army. In response to this court's order to show cause, the Department of the Army urges dismissal. Petitioner urges this court to issue a protective order and alternatively requests that this court transfer this matter to the Board.

2  DASHTI SANAT LOGISTICS AND GENERAL CONTRACTING v. ARMY

Although this court has jurisdiction to review final decisions of the Board, 28 U.S.C. § 1295(a)(10), the Board has not reached a final decision from which petitioner can appeal and petitioner has not asked for, let alone demonstrated entitlement to, interlocutory review. Further, petitioner has not demonstrated this court has jurisdiction over a direct appeal from the letter, *see* 28 U.S.C. § 1295, and does not identify or seek transfer to another court that does. Instead, it seeks transfer to the Board, but it fails to identify any source of authority for this court to transfer a case to an administrative tribunal or a persuasive basis to do so even if it were permitted. *See* 28 U.S.C. § 1631 (permitting transfer to another "court"); *Schafer v. Dep't of Interior*, 88 F.3d 981, 987 (Fed. Cir. 1996).

Accordingly,

IT IS ORDERED THAT:

(1) The matter is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 26, 2025
Date